# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 125

*October Term, A.D. 2021*

**November 10, 2021**

ROBIN ALLYSSA ALCORN,

**Appellant**
**(Defendant),**

**v.**                                                   S-21-0174

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

### ORDER AFFIRMING ORDER REVOKING PROBATION

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Appellant filed this appeal to challenge the district court's May 13, 2021 Order of Revocation.  The district court revoked probation and imposed a three to five-year sentence for felony child endangerment (methamphetamine).  Wyo. Stat. Ann. § 6-4-405(b).

[¶2]    On September 13, 2021, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before October 28, 2021, Appellant "may file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision on this appeal." Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order of Revocation should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Robin Allyssa Alcorn, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sheridan County District Court's May 13, 2021 Order of Revocation be, and the same hereby is, affirmed.

[¶6]    **DATED** this 10th day of November, 2021.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**